BATES, Senior District Judge, concurring in part and concurring in the judgment: , I agree that 8 TJ.S.C. § 1429 does not apply to -the Yiths because their removal proceedings were not pursuant to a warrant of arrest. Because this is a sufficient ground to decide the case—rand, indeed, is a conclusion that § 1429 has no application here—I would reverse on this basis alone and do not .think it' necessary to decide whether § 1429—if it did apply—would preclude the district court from considering a naturalization application under 8 U.S.C. § 1447(b).. PDK Labs., Inc. v. DEA, 862 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring in part and concurring in the judgment) (“[I]f it is not necessary to decide more, it is necessary not to decide more....”).